UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE KLEINER LEVIN as legal guardian of JOY BARBARA LEVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRESCENT HOTELS & RESORTS, LLC,<br><br>Defendant. | Case No. 2:18-cv-00741-RK |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Joanne Kleiner Levin, and Defendant, Crescent Hotels & Resorts, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: October 18, 2018

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*/s/ Joseph J. Lynett*
Joseph J. Lynett
Jackson Lewis P.C.
44 South Broadway, 14th Floor
South Plains, NY 10601
914-872-8060
joseph.lynett@jacksonlewis.com